UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA KAZAK and KAZAK REAL          Case No.: 2:23-cv-00040-SPC-KCD
ESTATE, LLC d/b/a KAZAK REAL
ESTATE,

     Plaintiffs,

v.

TRUIST BANK f/k/a BRANCH
BANKING AND TRUST COMPANY,

     Defendant.

_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs, LINDA KAZAK and LINDA

KAZAK REAL ESTATE, LLC, by and through their undersigned counsel, and

pursuant to Local Rule 3.09, give notice that this case has been resolved and in support

thereof, state as follows:

1. The parties have agreed to a global settlement of this matter.

2. Additional time will be necessary to execute all necessary documents and
   perform all obligations pursuant to the settlement.

3. Consequently, Plaintiffs request that the litigation be stayed to effect settlement.

4. The parties will file the appropriate dismissal of the action upon completion.

5. Counsel for Plaintiffs conferred with counsel for Defendant who did not oppose
   the instant request for the case to be stayed pending settlement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20ᵗʰ day of May, 2024, the foregoing was electronically filed with the CM/ECF portal, which will send a notice of electronic filing to the following: **Nicholas S. Agnello, Esquire**, Burr & Forman, LLP, 350 East Las Olas Boulevard, Suite 1440, Ft. Lauderdale, FL 33301, (*flservice@burr.com; nagnello@burr.com; rzamora@burr.com*), ***Counsel for Defendant***.

/s/    *Charles R. Gallagher III*
CHARLES R. GALLAGHER III, ESQ.
Florida Bar No.:  0510041
E-Mail:  crg@attorneyoffices.org
Gallagher & Associates Law Firm, P.A.
5720 Central Avenue
St. Petersburg, FL 33707
Telephone: (727) 344-5297
*Primary E-Mail:  service@attorneyoffices.org*
*Secondary E-Mail:  fax@attorneyoffices.org*
Scheduling:  *christine@attorneyoffices.org*
Counsel for Plaintiffs