UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA KAZAK and KAZAK REAL ESTATE, LLC d/b/a KAZAK REAL ESTATE,

    Plaintiffs,

v.

TRUIST BANK f/k/a BRANCH BANKING AND TRUST COMPANY,

    Defendant.
_____/

Case No.: 2:23-cv-00040-SPC-KCD

## NOTICE OF SETTLEMENT

Plaintiffs, LINDA KAZAK and LINDA KAZAK REAL ESTATE, LLC ("Plaintiffs"), by and through their undersigned counsel, and pursuant to Local Rule 3.09, give notice that this case has been resolved and in support thereof, state as follows:

1. On May 20, 2024, Plaintiffs filed a Notice of Settlement (Doc. 75), informing the Court that the parties have agreed to a global settlement of this matter but required additional time to execute all necessary documents.

2. On May 21, 2024, this Court entered an Order which dismissed this action *without* prejudice (Doc. 76) and which provided that if no party files another paper per Local Rule 3.09(b) on or before June 20, 2024, then this dismissal will be with prejudice.

3. Plaintiffs seek for this case to remain open, and thus, timely file this Notice of

Settlement.

4. Despite diligent efforts by the parties, the parties are still in the process of finalizing their settlement agreement, and additional time is necessary to execute all necessary documents and perform all obligations pursuant to the settlement.

5. Consequently, Plaintiffs request that this action be stayed to effect settlement and for this Court to refrain from dismissing this action with prejudice.

6. Plaintiffs will file the appropriate dismissal of the action upon completion of their settlement agreement and obligations thereunder.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June, 2024, the foregoing was electronically filed with the CM/ECF portal, which will send a notice of electronic filing to the following: **Nicholas S. Agnello, Esquire**, Burr & Forman, LLP, 350 East Las Olas Boulevard, Suite 1440, Ft. Lauderdale, FL 33301, (*flservice@burr.com; nagnello@burr.com; rzamora@burr.com*), **Counsel for Defendant**.

/s/    *Charles R. Gallagher III*
CHARLES R. GALLAGHER III, ESQ.
Florida Bar No.: 0510041
E-Mail: crg@attorneyoffices.org
Gallagher & Associates Law Firm, P.A.
5720 Central Avenue
St. Petersburg, FL 33707
Telephone: (727) 344-5297
*Primary E-Mail: service@attorneyoffices.org*
*Secondary E-Mail: fax@attorneyoffices.org*
Scheduling: *christine@attorneyoffices.org*
Counsel for Plaintiffs